| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| JASON A. NAGI<br>POLSINELLI PC<br>600 THIRD AVENUE<br>42ND FLOOR<br>NEW YORK, NY  10016<br>Telephone No: 212-684-0199<br><br>Ref. No. or File No.:<br><br>Attorney for: Petitioner | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court For The Southern District Of New York

Petitioner: MPOWERD INC., ETC.
Respondent: DAVID JOSEPH BUNEVACZ, AN INDIVIDUAL

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>1:16-CV-04207 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; PETITION TO CONFIRM ARBITRATION AWARD

3. a. Party served:  DAVID JOSEPH BUNEVACZ, AN INDIVIDUAL

4. Address where the party was served:  23810 SPINNAKER COURT
   SANTA CLARITA, CA  91355

5. I served the party:
   b. **by substituted service**. On: Tue., Jun. 14, 2016 at: 11:01AM by leaving the copies with or in the presence of:
   LEA "DOE", CO-OCCUPANT. Asian, Female, 35 Years Old, Black Hair, 5 Feet 3 Inches, 125 Pounds
   (2) **(Home)** Member Household over 18. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

7. *Person Who Served Papers:*
   a. FRANCISCO  NAVARRO

   1511 West Beverly Blvd.
   Los Angeles, CA 90026
   Telephone   (213) 250-9111
   Fax         (213) 250-1197
   www.firstlegalnetwork.com

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:*   $145.43
   e. I am: (3) registered California process server
      (i)   Independent Contractor
      (ii)  Registration No.:  2014289093
      (iii) County:            Los Angeles

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Wed, Jun. 15, 2016

PROOF OF SERVICE                     (FRANCISCO NAVARRO)

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

.polpc-ny.811324

| Attorney or Party without Attorney: <br> JASON A. NAGI <br> POLSINELLI PC <br> 600 THIRD AVENUE <br> 42ND FLOOR <br> NEW YORK, NY 10016 <br> Telephone No: 212-684-0199 FAX No: <br> Ref. No or File No.: <br> Attorney for: Petitioner | For Court Use Only |
|---|---|

Insert name of Court, and Judicial District and Branch Court:
United States District Court For The Southern District Of New York

Petitioner: MPOWERD INC., ETC.
Respondent: DAVID JOSEPH BUNEVACZ, AN INDIVIDUAL

| PROOF OF SERVICE By Mail | Hearing Date: | Time: | Dept/Div: | Case Number: 1:16-CV-04207 |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the SUMMONS IN A CIVIL ACTION; PETITION TO CONFIRM ARBITRATION AWARD

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing: Tue., Jun. 14, 2016
   b. Place of Mailing: LOS ANGELES, CA 90026
   c. Addressed as follows: DAVID JOSEPH BUNEVACZ, AN INDIVIDUAL
      23810 SPINNAKER COURT
      SANTA CLARITA, CA 91355

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Tue., Jun. 14, 2016 in the ordinary course of business.

5. Person Serving:
   a. Thomas Tilcock
   b. FIRST LEGAL SUPPORT SERVICES
      1517 BEVERLY BLVD.
      LOS ANGELES, CA 90026
   c. 213-250-1111

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. **The Fee** for Service was: $145.43
   e. I am: Not a Registered California Process Server

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date: Wed, Jun. 15, 2016

   (Thomas Tilcock)

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
By Mail

3042567 .polpc-ny.811324

| Attorney or Party without Attorney: <br> POLSINELLI PC <br> 600 THIRD AVENUE <br> 42ND FLOOR <br> NEW YORK, NY 10016 <br><br> Telephone No: 212-684-0199 <br><br> Attorney for: Petitioner | | | | | For Court Use Only |
|---|---|---|---|---|---|
| | | Ref. No or File No.: | | | |
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court For The Southern District Of New York | | | | | |
| Petitioner: MPOWERD INC., ETC. <br> Respondent: DAVID JOSEPH BUNEVACZ, AN INDIVIDUAL | | | | | |
| AFFIDAVIT OF DUE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 1:16-CV-04207 | |

1. I, FRANCISCO NAVARRO, and any employee or independent contractors retained by FIRST LEGAL SUPPORT SERVICES are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant DAVID JOSEPH BUNEVACZ, AN INDIVIDUAL as follows:

2. Documents:   SUMMONS IN A CIVIL ACTION; PETITION TO CONFIRM ARBITRATION AWARD.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Fri | 06/10/16 | 8:15am | Home | There was no answer at door. The home was quiet. There were no cars in driveway. The neighbor was unable to verify any information. Attempt made by: FRANCISCO NAVARRO, Registration #2014289093 Los Angeles County. Attempt at: 23810 SPINNAKER COURT   SANTA CLARITA, CA 91355. |
| Sat | 06/11/16 | 9:08am | Home | There was no answer at door. There were no cars in driveway. The neighbor was unable to verify any information. Attempt made by: FRANCISCO NAVARRO. Attempt at: 23810 SPINNAKER COURT   SANTA CLARITA, CA 91355. |
| Tue | 06/14/16 | 11:01am | Home | Substituted Service on:   DAVID JOSEPH BUNEVACZ, AN INDIVIDUAL Home - 23810 SPINNAKER COURT SANTA CLARITA, CA 91355  by Serving: party in item 3.a. Member Household over 18  by leaving a copy of the document(s) with: LEA "DOE", CO-OCCUPANT. Asian, Female, 35 Years Old, Black Hair, 5 Feet 3 Inches, 125 Pounds.  Served by: FRANCISCO NAVARRO |
| Tue | 06/14/16 | | | Mailed copy of Documents to:   DAVID JOSEPH BUNEVACZ, AN INDIVIDUAL |

3. Person Executing
   a. FRANCISCO NAVARRO
   b. FIRST LEGAL SUPPORT SERVICES
      1517 BEVERLY BLVD.
      LOS ANGELES, CA  90026
   c. 213-250-1111

   Recoverable Costs Per CCP 1033.5(a)(4)(B)
   d. The Fee for service was: $145.43
   e. I am:   (3) registered California process server
      (i)   Independent Contractor
      (ii)  Registration No.:       2014289093
      (iii) County:                 Los Angeles

4. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   Date: Wed, Jun. 15, 2016

AFFIDAVIT OF DUE DILIGENCE    (FRANCISCO NAVARRO)

3042567.polpc-ny.811324