POLSINELLI PC
Jason A. Nagi
600 Third Avenue, 42nd Floor
New York, New York 10016
(212) 684-0199
jnagi@polsinelli.com

*Attorneys for Petitioners*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MPOWERD, INC., a New York corporation<br><br>Petitioners,<br><br>-against-<br><br>DAVID JOSEPH BUNEVACZ, an individual,<br><br>Respondent. | Case No.   16-cv-4207 |

## NOTICE OF MOTION TO CONFIRM THE ARBITRATION AWARD

**PLEASE TAKE NOTICE** that upon the Declaration of Jason A. Nagi dated August 12, 2016, the exhibits attached thereto, the Memorandum of Law dated August 12, 2016, and all the pleadings and proceedings had herein, the undersigned will move this Court, before the Honorable District Judge Lewis A. Kaplan at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, New York, at a date and time to be designated by the Court, for an order confirming the arbitration award, on default and granting such other relief as this Court deems proper.

**PLEASE TAKE FURTHER NOTICE** that opposition papers, if any, are to be served on Petitioners so that they are received within 17 days after service of the moving papers.

**PLEASE TAKE FURTHER NOTICE** that reply papers shall be served within 10 days after service of opposition papers.

Dated:  August 12, 2016
         New York, NY

                              POLSINELLI PC

                              By:  */s/ Jason A. Nagi*
                                   Jason A. Nagi
                                   600 Third Avenue, 42nd Floor
                                   New York, New York 10016
                                   (212) 684-0199
                                   jnagi@polsinelli.com


TO:    David Joseph Bunevacz
       23810 Spinnaker Court
       Santa Clarita, California 91355

       Karlingsky LLC
       Amy A. Lehman
       1500 Broadway, 8th Floor
       New York, New York 10036
       *Attorneys for Defendant David Joseph Bunevacz*

53384489