USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/23/2016

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------X

MPOWERED INC., a New York Corporation,
                Petitioner,

                                                16 **CIV** 4207 (LAK)

-against-

**DEFAULT JUDGMENT**

DAVID JOSEPH BUNEVACZ, an individual,
                Respondent.

----------------------------------------------------------X

      Whereas Bunevacz has not answered the Petition, and the time for answering the Petition has expired; Petitioner Mpowerd Inc. having moved to confirm an arbitration award, on default, as against Respondent David Joseph Bunevacz, as follows:

      (a)      $429,498.00 with simple interest at the New York statutory rate 0f 9% per annum on any portion of that sum unpaid as of February 21, 2016;

      (b)      $17,479.00 as attorney's fees and expenses at the New York statutory rate of 9% per annum accruing on any portion of that sum unpaid as of June 2, 2016;

      (c)      $286,817.00 as reasonable costs incurred by Petitioner in defending the California action with simple interest at the New York statutory rate of 9% per annum accruing on any portion of that sum unpaid as of June 2, 2015;

      (d)      $90,438.00 for reasonable attorneys' fees with simple interest at the New York statutory rate of 9% per annum accruing on any portion of the sum unpaid as of June 2, 2016;

      (e)      $53,117.47 for administrative fees, expenses and compensations of the International Center for Dispute Resolution and the Arbitrator previously incurred by Petitioner accruing at the rate of 9% per annum as of May 17, 2016;

      (f)      Respondent is responsible for paying the International Centre for Dispute Resolution,

totaling $17,600.00, and compensation and expenses of the Arbitrator, totaling $50,508.94;

(g) An award of attorney's fees and costs associated with bringing this petition; and the matter having come before the Honorable Lewis A. Kaplan, United States District Judge, and the Court, on August 21, 2016 having issued its Order confirming the arbitration award, on default, it is,

**ORDERED, ADJUDGED, AND DECREED**, That pursuant to the Court's Order dated August 21, 2016, Mpowerd's motion to confirm the arbitration award, on default is granted; accordingly, judgment is hereby entered in favor of Mpowerd as against Bunevacz as follows:

(a) $429,498.00 with simple interest at the New York statutory rate 0f 9% per annum on any portion of that sum unpaid as of February 21, 2016;

(b) $17,479.00 as attorney's fees and expenses at the New York statutory rate of 9% per annum accruing on any portion of that sum unpaid as of June 2, 2016;

(c) $286,817.00 as reasonable costs incurred by Petitioner in defending the California action with simple interest at the New York statutory rate of 9% per annum accruing on any portion of that sum unpaid as of June 2, 2015;

(d) $90,438.00 for reasonable attorneys' fees with simple interest at the New York statutory rate of 9% per annum accruing on any portion of the sum unpaid as of June 2, 2016;

(e) $53,117.47 for administrative fees, expenses and compensations of the International Center for Dispute Resolution and the Arbitrator previously incurred by Petitioner accruing at the rate of 9% per annum as of May 17, 2016;

(f) Respondent is responsible for paying the International Centre for Dispute Resolution,

totaling $17,600.00, and compensation and expenses of the Arbitrator, totaling $50,508.94; and

(g)   An award of attorney's fees and costs;

**DATED** : New York, New York
           August 23, 2016

                                                 **RUBY J. KRAJICK**
                                                 **Clerk of Court**

                                         By: _____
                                               **Deputy Clerk**

THIS DOCUMENT WAS ENTERED ON THE DOCKET ON  8/23/2016