DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5-7-18

MAY ~ 7 2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUDGE K PLOTT'S CHAMBERS

Index No. 16-cv-04207 (LAK)

MPOWERD, INC.,

Petitioner,

-against-

DAVID JOSEPH BUNEVACZ,

Respondent.

**STIPULATION TO ALLOW
ELECTRONIC PRODUCTION OF
DISCOVERY BY THIRD-PARTY**

**WHEREAS,** Petitioner MPOWERD, Inc. ("Petitioner") issued a post-judgment subpoena to Wells Fargo Bank, N.A. (the "Subpoena") on February 15, 2018, pursuant to Federal Rules of Civil Procedure 45 and 69 which requested production of certain documents at the offices of Petitioner's counsel, Kleinberg & Lerner, LLP; and

**WHEREAS,** Respondent David Bunevacz's ("Respondent") subsequently filed a Motion to Quash the Subpoena; and

**WHEREAS,** the Court modified the Subpoena in an order dated March 8, 2018 in response to the Motion to Quash, and the Subpoena now orders the production of the requested discovery at a "location mutually acceptable to the parties that is within 100 miles of 2710 Gateway Oaks Drive, Sacramento, California"; and

**WHEREAS,** Wells Fargo Bank, N.A. has informed Petitioner that its usual practice is to electronically produce requested discovery, and that it will produce the documents and information requested in the Subpoena by providing a website link wherein Petitioner may access the documents and information:

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned attorneys for Petitioner and Respondent:

1)      The documents and information requested in the Subpoena may be produced by

Wells Fargo Bank, N.A. to Petitioner electronically in lieu of the physical production described

in the Subpoena, as modified by the Court; and

2)      Documents and information that cannot be produced electronically or that may be

substantially altered by an electronic production, if any, may be mailed to the law offices of

Petitioner's counsel: Kleinberg & Lerner, LLP, 1875 Century Park East, Suite 1150,

Los Angeles, California, 90067.

Dated: April 27, 2018

**KLEINBERG & LERNER LLP**

By:_____
Michael Hurey

1875 Century Park East, Suite 1150
Los Angeles, CA 90067
(310) 557-1511
mhurey@kleinberglerner.com

*Counsel for Petitioner MPOWERD, Inc.*

**PAVIA & HARCOURT LLP**

By:_____
Adam D. Mitzner
Brandon C. Sherman
230 Park Avenue, Suite 2401
New York, NY 10169
(212) 980-3500
amitzner@pavialaw.com
bsherman@pavialaw.com

*Counsel for Respondent David Joseph Bunevacz*

So Ordered:

_____
United States District Judge

5/7/18